In re:  
Randy J Bulmon and  
Stephenie J. Bulmon  
          Debtors.  
_____/

Chapter 13 No. 14-55036

Hon. Mark A Randon

## OBJECTIONS TO CONFIRMATION

NOW COMES U.S. Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed, by and through their attorneys, Trott & Trott, P.C., and hereby Objects to Confirmation as follows:

1. That Creditor is a holder of a mortgage on real property owned by the debtor(s) and located at 1914 N Wilmoth Hwy, Adrian, MI 49221-9675;

2. That the mortgage is in material default pursuant to Creditor's records;

3. That the Debtor's Plan of Reorganization proposes to pay Creditor a regular monthly payment of $2,012.91 and a pre-petition arrearage of $34,000.00 at the rate of $596.49 per month with 0% interest over 57 months;

4. That at the time of filing the Debtor's regular monthly payment was $2,008.77 with an approximate pre-petition arrears of $64,171.88;

5. That the Debtor's proposed Plan of Reorganization understates the pre-petition arrearage and the monthly payment on the pre-petition arrearage;

6. That the debtor's proposed Plan of Reorganization is underfunded;

TROTT & TROTT, P.C.
31440 NORTHWESTERN HWY
STE 200
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

WHEREFORE, Creditor prays that Confirmation be denied.

Respectfully Submitted,
Trott & Trott, P.C.

Dated: October 14, 2014

/S/ Rose Merithew (P73319)
/S/ Shawn C. Drummond (P58471)
Attorney for U.S. Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed
31440 Northwestern Hwy Ste 200
Farmington Hills, MI 48334-5422
248.642.2515
Email: EasternECF@trottlaw.com

T&T #153656B05

**TROTT & TROTT, P.C.**
31440 NORTHWESTERN HWY
STE 200
FARMINGTON HILLS, MI
48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

14-55036-mar    Doc 17    Filed 10/15/14    Entered 10/15/14 13:58:04    Page 2 of 2