UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

RANDY J BULMON,
STEPHENIE J BULMON
Debtors.
_____/

CHAPTER 13
CASE NO. 14-55036-MAR
JUDGE MARK A RANDON

## TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES** the Chapter 13 Trustee, Krispen S. Carroll, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E. D. Mich. LBR 3015-3(a) as follows:

1. Trustee requires debtors provide a complete copy of the 2013 income tax return including Schedule C.

2. Trustee requests that debtors be required to sign an ACH agreement to allow for direct deduction of the Plan payment from debtors' bank account.

3. Trustee questions debtors' valuation of the real property on Schedule A and requests a recent real property tax bill with State Equalized Value statement and any other documentation upon which debtors rely, as it may affect the best interest of creditors pursuant to 11 U.S.C. § 1325(a)(4).

4. Trustee requires verification of auto insurance expense.

5. The Trustee objects to the following expenses of the debtors (Schedule J) as excessive and unreasonable affecting the net disposable income available to fund the Plan in contravention of 11 USC 1325(a)(3) and/or 11 USC 1325(b):

   a. Telephone, cell phone, Internet, satellite, and cable services - $376.00

   b. Clothing, laundry, and dry cleaning - $170.00

   c. Vehicle insurance - $468.32 (Trustee objects to debtors paying for son's auto insurance.)

6. Trustee questions the valuation and requests information and documents underlying the lawsuit disclosed on Schedule B including any complaint, answer and Scheduling Order. Trustee requires debtors remit all proceeds, if any, to the Chapter 13 Trustee for the benefit of debtors' creditors.

**WHEREFORE,** the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtors' Chapter 13 Plan.

        OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
        Krispen S. Carroll, Chapter 13 Trustee

November 17, 2014        /s/ Maria Gotsis
        KRISPEN S. CARROLL (P49817)
        MARGARET CONTI SCHMIDT (P42945)
        MARIA GOTSIS (P67107)
        719 Griswold Street
        Suite 1100
        Detroit, MI 48226
        (313) 962-5035
        notice@det13ksc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CHAPTER 13
 CASE NO. 14-55036-MAR
RANDY J BULMON,  JUDGE MARK A RANDON
STEPHENIE J BULMON
Debtors.
_____/

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

WILLIAM C BABUT
700 TOWNER STE 1
YPSILANTI, MI  48198-5757

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

RANDY J BULMON
STEPHENIE J BULMON
1914 N WILMOTH HWY
ADRIAN, MI  49221-0000


November 17, 2014          /s/ Barbara A. Ecclestone
                           Barbara A. Ecclestone
                           For the Office of the Chapter 13 Trustee-Detroit
                           719 Griswold Street
                           Suite 1100
                           Detroit, MI  48226
                           (313) 962-5035
                           notice@det13ksc.com